No. 73–1016. LASCARIS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF ONONDAGA COUNTY *v.* SHIRLEY ET AL.; and

No. 73–1095. LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* SHIRLEY ET AL. Appeals from D. C. N. D. N. Y. [Probable jurisdiction noted, 417 U. S. 943.] Motion of Isadore Greenberg, Esquire, to permit Douglas A. Eldridge, Esquire, to present oral argument *pro hac vice* on behalf of appellee Stuck granted. Motion of the State of Iowa for leave to participate in oral argument as *amicus curiae* denied.

No. 73–1462. WHITE, SECRETARY OF STATE OF TEXAS, ET AL. *v.* REGESTER ET AL. Appeal from D. C. W. D. Tex. [Probable jurisdiction noted, 417 U. S. 906.] Motion of appellees for divided argument granted.

No. 73–1500. ERICKSON, WARDEN *v.* UNITED STATES EX REL. FEATHER ET AL. C. A. 8th Cir. [Certiorari granted, 417 U. S. 929.] Motion of respondents for divided argument granted.

No. 73–1631. OSTRER *v.* UNITED STATES, *ante*, p. 829. Motion to modify denial of certiorari denied.

No. 73–2000. UNITED STATES *v.* PELTIER. C. A. 9th Cir. [Certiorari granted, *ante*, p. 993.] Motion for appointment of counsel granted. It is ordered that Sandor W. Shapery, Esquire, of LaJolla, Cal., be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 73–6923. RICE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Motion of Gloria Mae Gilmore et al. to join in petition granted.

No. 74–520. MONTANYE, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* HAYMES. C. A. 2d Cir. Motion to expedite denied.